T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

Unappointed Counsel

```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,        )  Case No. 4:95-CR-65 JKS
                                 )
             Plaintiff,          )  **REQUEST FOR REMOVAL FROM**
                                 )  **ELECTRONIC SERVICE LIST**
vs.                              )
                                 )
ROBINSON ARIA, et al,            )
                                 )
             Defendant.          )
_____)
```

   COMES NOW T. Burke Wonnell, undersigned attorney, and hereby requests that he be removed from the electronic service list for the above captioned case. The undersigned received a sealed document entitled "Return To Order For Status Report" dated July 28, 2008 pertaining to the above captioned case. The undersigned noted on the cover sheet that his name appears where notice of electronic service to counsel typically appears on such documents. To his knowledge, the undersigned does not nor has he ever represented any individual connected with this case. The undersigned was still a law student in 1995, and does not recall a subsequent appointment to represent any of the named Defendants. Accordingly, the undersigned requests that he be removed from the electronic list for service. The undersigned

will of course hold in confidence the substance of the sealed filing.

    RESPECTFULLY SUBMITTED this 30th day of July, 2008.

> By: s/ T. Burke Wonnell_____
> Unappointed Counsel
> 2600 Denali St., Suite 460
> Anchorage, AK 99503
> Phone: (907)276-8008
> E-mail: tburkewonnell@alaska.net
> AK Bar No. 9610049

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing were sent by e-mail to:

Stephen Cooper, Esq.
Sue Ellen Tatter, Esq.

this 30th day of July, 2008.

_____s/ T. Burke Wonnell_____
T. BURKE WONNELL