T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

Unappointed Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:95-CR-65 JKS |
| ) | |
| Plaintiff, ) | **ORDER PERTAINING TO** |
| ) | **REQUEST FOR REMOVAL FROM** |
| vs. ) | **ELECTRONIC SERVICE LIST** |
| ) | |
| ROBINSON ARIA, et al, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

It is hereby ordered that Wonnell's Request For Removal From Electronic Service List dated July 30, 2008 is **GRANTED.** Attorney Wonnell shall no longer be served electronically or otherwise with pleadings concerning this case.

_____              _____
DATE                                         HON. JAMES K. SINGLETON